UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| V. | ) Case No. 114-cr-093 |
| GABRIEL WEATHERSPOON, | ) |
| Defendant | ) |

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned case (Doc. No. 6). The Court finds a basis for the dismissal. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motion is **GRANTED**.

SO ORDERED this 15th day of September, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GA